**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8075**

KEITH MICHAEL BROWN,

             Plaintiff - Appellant,

        v.

D. BOYD, Officer,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:11-cr-00330-RBS-LRL)

Submitted:  March 28, 2013          Decided:  April 2, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Michael Brown, Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Michael Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Boyd</u>, No. 2:11-cv-00330-RBS-LRL (E.D. Va. Nov. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>